> Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington
> December 9, 2020
> WILLIAM M. McCOOL, Clerk
> By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ELLEN BRENNAN REICHE and SAMANTHA FRANCES BROOKS,<br><br>Defendants. | NO. CR20-215 RSM<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
### (Violence Against Railroad Carriers)

On or about November 28, 2020, within Whatcom County, within the Western District of Washington, ELLEN BRENNAN REICHE and SAMANTHA FRANCES BROOKS did knowingly and without lawful authority and permission impair the operation of a railroad signal system, *i.e.*, by placing a "shunt" across the railroad tracks at Burlington Northern Santa Fe ("BNSF") milepost 100.319, and attempted and conspired to do the same, conduct that was against and affecting a railroad carrier engaged in interstate and foreign commerce, *i.e.*, BNSF.

1  All in violation of Title 18, United States Code, Section 1992(a)(5), (a)(10),
2  (c)(1), and Section 2.

A TRUE BILL:

DATED: 12/9/2020

(*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States*)

FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney

Indictment/Ellen Reiche and Samantha Brooks - 2