UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA FRANCES BROOKS,<br><br>Defendant. | NO.   CR20-215 RSM<br><br>ORDER CONTINUING<br>CONDITIONS OF RELEASE |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 9th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
CONDITIONS OF RELEASE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970