PROB 12B
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Request for Modifying the Conditions or Term of Supervision with
Consent of the Person Under Supervision

(Probation Form 49, Waiver of Hearing is Attached)

**Name:**         Samantha Brooks                                                                 **Case Number:** 2:20CR00215RSM-002
**Name of Judicial Officer:** The Honorable Ricardo S. Martinez, Chief United States District Judge
**Date of Original Sentence:** 10/08/2021                                                         **Date of Report:** 08/09/2022
**Original Offense:** Interference with Railroad Signaling System
**Original Sentence:** Six months' incarceration and three years' supervised release
**Type of Supervision:** Supervised Release                                                       **Date Supervision Commenced:** 05/20/2022
**Assistant United States Attorney:** Philip Kopczynski                                           **Defense Attorney:** Michele Shaw
**Special Conditions Imposed:**

☐ Substance Abuse                  ☐ Financial Disclosure                  ☐ Restitution:
☒ Mental Health                    ☐ Fine                                  ☒ Community Service 200
☒ Other: Submit to search, complete four months location monitoring home detention

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ years, for a total term of ___ years.
☒ To modify the conditions of supervision as follows:

**Remove:**
The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of four (4) months. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

**Add:**
The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology for a period of four (4) months. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

## CAUSE

Sam identifies as non-binary and prefers to be referred to by name or gender neutral pronouns.

Sam commenced their term of supervision on May 20, 2022. That day, they also began the four-month term of home detention location monitoring. Since starting location monitoring, they have complied with all of the rules and regulations of the program. They are employed at a grocery store and recently began completing their community service hours at a food bank. They are also planning to begin completing community service hours with a nonprofit that cleans wildlife habitats in western Washington.

To date, Sam has completed three months of location monitoring with home detention. By modifying their conditions to curfew, they will be able to obtain more flexibility in their schedule for work and community service hours. Their term of location monitoring is scheduled to terminate on September 19, 2022.

The Honorable Ricardo S. Martinez, Chief United States District Judge  Page 2
Request for Modifying the Conditions or Term of Supervision with Consent of
the Person Under Supervision  August 9, 2022

I consulted with Assistant United States Attorney Philip Kopczynski, as well as defense counsel, Michele Shaw, and they concur with my recommendation.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 9th day of August, 2022. | BY: |
| *(signature)*<br>Timisha Gilbert<br>United States Probation Officer | *(signature)*<br>Kalen Thomas<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Extension of Supervision as noted above
☒ The Modification of Conditions as noted above
☐ Other

*(signature)*
Signature of Judicial Officer

August 9, 2022
Date