PROB Report (05/01)

# REPORT AND ORDER TERMINATING PROBATION OR SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE

## UNITED STATES DISTRICT COURT
### FOR THE
### Western District of Washington

UNITED STATES OF AMERICA

v.

Samantha Brooks

Crim. No. 2:20CR00215RSM-002

On May 20, 2022 the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*/s/ Jeffery S. Robson*

Jeffery S. Robson
United States Probation Officer Assistant

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation or Supervised Release and that the proceedings in the case be terminated.

Dated this __16th__ day of __August__, 20__23__.

*/s/ Ricardo S. Martinez*

Ricardo S. Martinez, United States District Judge